16 So.2d 430

### Willie KING v. STATE.

I Div. 464.

Court of Appeals of Alabama.

Jan. 18, 1944.

Wm. N. McQueen, Acting Atty. Gen., for the State.

SIMPSON, Judge.

Affirmed; remanded for proper sentence on authority of Fuller v. State, ante, p. 324, 16 So.2d 428.